```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 22296
    SHIRLEY WRIGHT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-5609

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 06/10/2004 and was confirmed 08/25/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 03/23/2007.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
ARONSON FURNITURE           SECURED              567.00        30.47         567.00
ARONSON FURNITURE           UNSECURED            225.80          .00         225.80
UNITED AUTO CREDIT CORP     SECURED             5500.00       295.62        5500.00
UNITED AUTO CREDIT CORP     UNSECURED           1986.14          .00        1986.14
VALUE AUTO MART             SECURED             1500.00        80.64        1500.00
VALUE AUTO MART             UNSECURED             50.56          .00          50.56
MIDWESTERN TELCOM           UNSECURED            275.50          .00         275.50
BENNETT & DELONEY           UNSECURED         NOT FILED          .00            .00
CHICAGO MUNICIPAL EMPLOY    SECURED             1028.00       140.61        1028.00
CITY OF CHICAGO DEPT OF     UNSECURED         NOT FILED          .00            .00
CITY OF CHICAGO DEPT OF     NOTICE ONLY       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED               .00          .00            .00
CITY OF CHICAGO PARKING     UNSECURED            240.00          .00         240.00
CHICAGO MUNICIPAL EMPLOY    UNSECURED               .29          .00            .29
MELVIN J KAPLAN             DEBTOR ATTY       2,700.00                     2,700.00
TOM VAUGHN                  TRUSTEE                                          774.20
DEBTOR REFUND               REFUND                                           473.17

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               15,868.00

PRIORITY                                              .00
SECURED                                          8,595.00
    INTEREST                                       547.34
UNSECURED                                        2,778.29
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                               774.20
DEBTOR REFUND                                      473.17
                     ---------------         ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 22296 SHIRLEY WRIGHT
```

```
TOTALS                              15,868.00           15,868.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 10/04/07                       /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                   CHAPTER 13 TRUSTEE